Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−19328−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cono C Cirone
   133 Brigantine Road
   Manahawkin, NJ 08050

Social Security No.:
   xxx−xx−8201

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/31/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 31, 2024
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Cono C Cirone  
Debtor

Case No. 23-19328-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 3  
Date Rcvd: Jan 31, 2024 Form ID: 148 Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Cono C Cirone, 133 Brigantine Road, Manahawkin, NJ 08050-1307 |
| 520059230 | + | Advance Radiology Services, c/o Michael Harrison, Esq., 3155 State Route 10, Suite 214, Denville, NJ 07834-3430 |
| 520059234 | + | Cenlar, c/o KML Law Group, PC, 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |
| 520059238 | | Citicards, PO Box 7990040, Saint Louis, MO 63179 |
| 520059242 | + | Jersey Shore Anesthesiology, PO Box 307, Neptune, NJ 07754-0307 |
| 520073066 | + | Joseph C. Falk, Rothstein, Mandell, Strohm, Halm & Cipri, 98 East Water Street, Toms River, NJ 08753-7676 |
| 520059244 | + | Meridian Medical Group, PO Box 416923, Boston, MA 02241-6923 |
| 520059251 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 520064648 | + | Township of Stafford, Rothstein, Mandell, Strohm, Halm & Cipri, 98 East Water Street, Toms River, NJ 08753-7676 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 31 2024 21:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 31 2024 21:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 31 2024 21:01:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 520093945 | + | Email/Text: bankruptcy@pepcoholdings.com | Jan 31 2024 21:01:00 | Atlantic City Electric Company, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carney Point, NJ 08069-3600 |
| 520059232 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jan 31 2024 21:01:00 | Caine & Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 520059233 | | Email/Text: BKelectronicnotices@cenlar.com | Jan 31 2024 21:01:00 | Cenlar, 425 Phillips Blvd, Trenton, NJ 08618 |
| 520059231 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Jan 31 2024 21:01:00 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 520059239 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 31 2024 21:00:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 520059240 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 31 2024 21:00:00 | Fortiva, Pob 105555, Atlanta, GA 30348-5555 |
| 520115906 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 31 2024 21:01:00 | Freedom Mortgage /, Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 520059241 | | EDI: IRS.COM | Feb 01 2024 01:54:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520059235 | | EDI: JPMORGANCHASE | | |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 31, 2024 | Form ID: 148 | Total Noticed: 36 |

| | | | | |
|---|---|---|---|---|
| 520059236 | | EDI: JPMORGANCHASE | Feb 01 2024 01:54:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 520059237 | | EDI: JPMORGANCHASE | Feb 01 2024 01:54:00 | Chase Card Services, PO Box 15298, Wilmington, DE 19850 |
| 520059243 | + | Email/Text: bankruptcy@savit.com | Feb 01 2024 01:54:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| | | | Jan 31 2024 21:01:00 | Jersey Shore Anesthesiology, c/o Savit Collection, PO Box 250, East Brunswick, NJ 08816-0250 |
| 520059246 | | EDI: PRA.COM | Feb 01 2024 01:54:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 520059245 | | EDI: PRA.COM | Feb 01 2024 01:54:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520123236 | | EDI: PRA.COM | Feb 01 2024 01:54:00 | Portfolio Recovery Associates, LLC, c/o AMAZON.COM, POB 41067, Norfolk, VA 23541 |
| 520092386 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 31 2024 21:00:00 | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 520059247 | + | Email/Text: bankruptcy@savit.com | Jan 31 2024 21:01:00 | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |
| 520059248 | + | Email/Text: bankruptcy@savit.com | Jan 31 2024 21:01:00 | SaVit Collection Agency, Po Box 250, East Brunswick, NJ 08816-0250 |
| 520059249 | + | Email/Text: SOMCbankruptcy@hackensackmeridian.org | Jan 31 2024 21:01:00 | Southern Ocean Medical Center, 1140 Route 72 West, Manahawkin, NJ 08050-2412 |
| 520059250 | + | Email/Text: collector@staffordnj.gov | Jan 31 2024 21:01:00 | Stafford Township Water & Sewer, 260 East Bay Avenue, Manahawkin, NJ 08050-3330 |
| 520059252 | + | EDI: SYNC | Feb 01 2024 01:54:00 | Synchrony Bank/Amazon, PO Box 965060, Orlando, FL 32896-5060 |
| 520059254 | | EDI: VERIZONCOMB.COM | Feb 01 2024 01:54:00 | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 520059255 | ^ | MEBN | Jan 31 2024 20:53:57 | Verizon Wireless, c/o Trident Asset Management, PO Box 888424, Atlanta, GA 30356-0424 |
| 520059253 | + | EDI: VERIZONCOMB.COM | Feb 01 2024 01:54:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 31, 2024 | Form ID: 148 | Total Noticed: 36 |
| Date: Feb 02, 2024 | Signature: /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Matthew K. Fissel | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  matthew.fissel@brockandscott.com |
| Robert Cameron Legg | on behalf of Debtor Cono C Cirone courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4